**Order entered August 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00735-CR
No. 05-15-00748-CR
No. 05-15-00749-CR

## VANESA AGUILAR, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51857-K, F13-51858-K, F13-51859-K**

## ORDER

The Court **REINSTATES** the appeal.

On July 8, 2015, the Court granted the motion of Kathleen Walsh to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant on these appeals. To date, we have not received the order appointing new counsel, nor have we received a response to either of two letters inquiring about the status of the order appointing new counsel. The appeals cannot proceed until the trial court has appointed new counsel for appellant.

Accordingly, we **ORDER** the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4, to appoint new counsel to represent appellant on these appeals.

We further **ORDER** the Honorable Dominique Collins to transmit the order appointing new counsel to this Court within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Felicia Pitre, Dallas County District Clerk; and the Dallas County District Attorney's Office.

We **ABATE** the appeals to allow the Honorable Dominique Collins to comply with this order. The appeals shall be reinstated ten days from the date or this order or when the order appointing new counsel is received.

/s/    ADA BROWN
JUSTICE